**WO**

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| Benson Ben and Elsie Ben, individually; and on behalf of Justin B. Ben, Kevin B. Ben, and Zabryna L. Ben, minors; and as Personal Representatives of the Estates of Rychelle Ben and Cherilyn Ben, deceased,<br><br>            Plaintiffs,<br><br>   v.<br><br>United States of America,<br><br>            Defendant. | CV 04-1850-PCT-PGR<br><br>**ORDER TO AMEND SCHEDULING ORDER** |

For good cause, and upon stipulation of the parties,

**IT IS ORDERED** that the deadlines be extended as follows:

1. Disclosure of expert witnesses and reports pursuant to Fed.R.Civ.P. 26(a)(2) - January 31, 2006.

2. Disclosure of expert witnesses' rebuttal reports - February 28, 2006.

3. Completing all discovery, including expert depositions and supplementation of all disclosure and discovery responses - March 31, 2006.

4. Filing dispositive motions - April 28, 2006.

5. Filing Joint Pretrial Statement - May 31, 2006 or 30 days following the resolution of dispositive motions, whichever is later.

6. Pretrial Conference – June 12, 2006 at 3:30 p.m.

DATED this 4th day of November, 2005.

Paul G. Rosenblatt
United States District Judge