**WO**

# UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| Benson Ben and Elsie Ben, individually; and on behalf of Justin B. Ben, Kevin B. Ben, and Zabryna L. Ben, minors; and as Personal Representatives of the Estates of Rychelle Ben and Cherilyn Ben, deceased,<br><br>            Plaintiffs,<br>    v.<br><br>United States of America,<br><br>            Defendant. | CV  04-1850-PCT-PGR<br><br>**ORDER** |

   For good cause, and upon the stipulation of the parties,

   **IT IS ORDERED** that the deadlines be extended as follows:

   1. Completion of all discovery, including expert depositions and supplementation of all disclosure and discovery responses – July 31, 2006.

   2. Filing dispositive motions - August 31, 2006.

   3. Filing the Joint Pretrial Statement – September 29, 2006.

   4. Pretrial Conference – Monday, October 30, 2006 at 3:00 p.m.

   4. Filing dispositive motions - April 28, 2006.

   DATED this 30th day of May, 2006.

   Paul G. Rosenblatt
   United States District Judge