IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| Benson Ben and Elsie Ben, individually; and on behalf of Justin B. Ben, Kevin B. Ben, and Zabryna L. Ben, minors; and as Personal Representatives of the Estates of Rychelle Ben and Cherilynn Ben, deceased,<br><br>　　　　　　　　　Plaintiffs,<br><br>vs.<br><br>The United States of America,<br><br>　　　　　　　　　Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | No. 04-1850 PCT PGR<br><br><br><br><br><br><br><br><br><br><br>**ORDER AMENDING<br>SCHEDULING ORDER** |

　　　For good cause, and upon agreement between the parties,

　　　**IT IS ORDERED** that the deadlines be extended as follows:

1.　Completing all discovery, including expert and lay witness depositions, and supplementation of Rule 26(a)(1) disclosures and discovery responses – September 29, 2006.

2.　Filing dispositive motions – October 31, 2006.

3.　Filing Joint Pretrial Statement – November 30, 2006, or 30 days following the resolution of dispositive motions, whichever is later.

4.　Pretrial Conference – December 11, 2006, at 3:30 p.m.

　　　DATED this 25th day of July, 2006.

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　Paul G. Rosenblatt
　　　　　　　　　　　　　　　　　　　　　　　United States District Judge