# UNITED STATES DISTRICT COURT
# DISTRICT OF ARIZONA

| | |
|---|---|
| Benson Ben and Elsie Ben, individually; and on behalf of J.B., K.B., and Z.B., minors; and as Personal Representatives of the Estates of R.B. and C.B., deceased,<br><br>　　　　Plaintiffs,<br>　v.<br><br>United States of America,<br><br>　　　　Defendant. | CV 04-1850-PCT-PGR<br><br>ORDER |

Pending before the Court is the parties Joint Motion to Amend Scheduling Order and to File Dispositive Motions Under Seal (Doc. 73). The Court issues the following ruling:

For good cause, and upon stipulation of the parties, **IT IS ORDERED** that the deadline to file dispositive motions in this case is extended to **November 20, 2006.**

The portion of the motion that seeks permission to file the dispositive motions and their accompanying exhibits under seal is hereby **DENIED.** The parties are advised that it is the Court's policy, given the strong presumption in favor of public access to court records in civil cases and the Court's limited storage space for sealed documents, not to allow parties to file entire documents under seal simply because some portion of the document may contain confidential information.

In order to ensure that the parties use the least restrictive means possible to protect confidential information contained in documents filed with the Court, the Court will require the parties to adhere to the following guidelines: (1) Any documents filed with the Court,

1  including memoranda of points and authorities, deposition transcripts, and exhibits, that
2  reference confidential information shall have deleted, from the original filed document only,
3  just those specific sentences or paragraphs containing the confidential information and those
4  sentences or paragraphs shall be filed separately in a sealed envelope that is endorsed with
5  the caption of the case, the caption of the document, and an appropriate designation
6  regarding the confidential nature of the contents; a blank space shall be inserted at the site
7  of the deletion in the original document which shall contain the notation that confidential
8  information has been deleted and filed separately under seal; and (2) the Judge's copy of the
9  filed documents shall not contain any deletions, but the paragraphs deleted from the original
10 document shall be double underlined on the Judge's copy and a notation placed on those
11 pages stating that confidential information is contained therein.

12     Furthermore, no motion seeking a resolution of any dispute concerning any production
13 or designation of confidential information shall be filed with the Court unless a statement
14 of moving counsel is attached thereto certifying that after personal consultation and sincere
15 efforts to do so, counsel have been unable to satisfactorily resolve the matter.

16     DATED this 1st day of November, 2006.

Paul G. Rosenblatt
United States District Judge