UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| Benson Ben and Elsie Ben, individually; and on behalf of J.B., K.B., and Z.B., minors; and as Personal Representatives of the Estates of R.B. and C.B., deceased,<br><br>　　　　Plaintiffs,<br>　　v.<br><br>United States of America,<br><br>　　　　Defendant. | CV 04-1850-PCT-PGR<br><br>ORDER |

　　Pending before the Court are the following motions: (1) Plaintiffs' Motion in Limine (Doc. 77); and (2) Defendant's Motion to Defer Response to Plaintiffs' Motion in Limine (Doc. 79). The Court now issues the following rulings:

　　The Plaintiffs' Motion in Limine is hereby DENIED without prejudice. First, the Scheduling Order governing this action specifically states that "[n]o motion in limine shall be filed unless a statement of moving counsel is attached thereto certifying that after personal consultation and sincere efforts to do so, counsel have been unable to satisfactorily resolve the matter." Plaintiffs' counsel has filed no such document.

　　However, even if the Plaintiffs had complied with the procedure for filing a Motion in Limine the Court outlined in its Scheduling Order, the motion would still be denied as premature. If a Motion in Limine addresses evidence submitted in support of dispositive motions, it is sufficient for the parties to object to such evidence in their response brief. If the Motion in Limine is for the purpose of excluding evidence at trial, such motions are

addressed at the Pretrial Conference or before trial. Obviously, this case is not yet ready to proceed to trial as evidenced by the partial dispositive motion now pending on the Court's docket. As such, the Plaintiffs' Motion in Limine is premature. Plaintiffs may re-raise the issues presented at the appropriate time and in the appropriate manner. Therefore,

IT IS ORDERED that the Plaintiffs' Motion in Limine is DENIED WITHOUT PREJUDICE.

IT IS FURTHER ORDERED finding as MOOT the Defendant's Motion to Defer Response to Plaintiffs' Motion in Limine (Doc. 79).

DATED this 3rd day of November, 2006.

Paul G. Rosenblatt
United States District Judge